No. 84–5916.  MOREJON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 84–5917.  WITHERSPOON v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 84–5919.  OTTO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 84–5923.  SALVADOR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5926.  SAUNDERS v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 84–5928.  DUFFY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 84–5937.  POLSELLI v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5947.  LAWSON v. O'LONE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–5949.  TRAVIESO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–21.  SCOTT v. CITY OF HAMMOND, INDIANA, ET AL.; and
No. 84–38.  ILLINOIS ET AL. v. CITY OF MILWAUKEE ET AL. C. A. 7th Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.  Reported below: 731 F. 2d 403.

No. 84–288.  THE SACRAMENTO BEE v. MUNICIPAL COURT OF CALIFORNIA, SACRAMENTO COUNTY (MOZINGO, REAL PARTY IN INTEREST).  Ct. App. Cal., 3d App. Dist.  Motion of respondent Mozingo for leave to proceed in forma pauperis granted.  Certiorari denied.